J. EDWARD ACKLEY et al., Respondents, *v.* THE READING TRUST COMPANY, Appellant.

*Ackley* v. *Reading Trust Co.,* 78 Hun, 616, affirmed.
(Argued April 10, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1894, which overruled defendant's exceptions ordered to be heard in the first instance at General Term, and directed judgment upon a verdict in favor of plaintiffs directed by the court.

*George S. Coleman* and *Carlton B. Pierce* for appellant.

*George H. Yeaman* and *Clifford H. Strang* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except ANDREWS, Ch. J., dissenting.